

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                             CHAPTER 13 CASE NO.:

TAMERAL JOHNSON                                                            17-13748-JDW

### AGREED ORDER DENYING MOTION TO DISMISS (Dkt. #51)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #51) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and response thereto filed by the Debtor (Dkt. #52). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. The Debtor shall immediately remit to the Trustee guaranteed funds in the amount of $3,340.00.

3. On or before October 31, 2018, the Debtor shall initiate, via the TFS payment website, a payment to the Trustee in the amount of $3,340.00. If such payment is not processed due to insufficient funds it shall be considered as noncompliance with the requirement of this paragraph.

4. On or before November 26, 2018, the Debtor shall remit and the Trustee shall receive guaranteed funds in the amount of $3,457.00.

5. Failure to comply with the terms of this Agreed Order shall result in the dismissal of this case without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick
ROBERT H. LOMENICK
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645